EPPINGER, administrator, *v.* LINDSAY.

HILL, J.  This case is controlled by the decision this day rendered in the case of *Eppinger, administrator,* v. *Seagraves,* ante.

                  *Judgment affirmed. All the Justices concur.*
                              APRIL 27, 1914.